UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 13-01207-CJC(JPRx) |
| Date | April 30, 2014 |
| Title | Richard Smith v. Experian Information Solutions, Inc. |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

     The Court, having been advised by Plaintiff that this action has been settled by Notice of Settlement filed on April 29, 2014, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

     The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

                           :    0

Initials of Preparer    mu